United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TREVOR HUGHES, on behalf of himself and all others similarly situated,

Plaintiff,

v.

BRITISH AIRWAYS, PLC; and VIRGIN ATLANTIC AIRWAYS LIMITED,

Defendants.

No. C 06-04003 WHA

**ORDER OF REFERRAL**

This action appears to be one of several cases currently pending in the Northern District of California involving alleged price fixing in the sale of transportation services to or from the United Kingdom. The earliest-filed action before an Article III judge was *Corissa A. McDill v. British Airways, PLC*, Case No. C 06-3940 MMC. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Maxine Chesney for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: July 6, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE