Eric H. Gibbs (SBN 178658)
Elizabeth C. Pritzker (SBN 146267)
Rosemary M. Rivas (SBN 209147)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA  94108
T: (415) 981-4800
F: (415) 981-4846

*Attorneys for Plaintiff Trevor Hughes*

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR HUGHES,<br>on behalf of himself and all others<br>similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS, PLC and VIRGIN<br>ATLANTIC AIRWAYS LIMITED.<br><br>Defendants. | CASE NO. CV 06-04003-WHA<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** ; ORDER |

Pursuant to Local Rule 6-1(a), Plaintiff Trevor Hughes and Defendants British Airways, PLC and Virgin Atlantic Airways Limited have agreed to extend the time in which Defendants must answer, move against, or otherwise respond to the complaint in this matter up to and including August 7, 2006 or such later date as may be further stipulated to by the parties.  In support of this stipulation, the parties state:

1.     The Complaint in this matter was filed on June 28, 2006.  It seeks

-1-

relief under the Sherman Act and the Clayton Act against two defendants on behalf of a putative class.

2.   More than 50 similar actions have been filed in various jurisdictions around the country.

3.   There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML is considering this motion to consolidate in a matter captioned *In re International Air Transportation Surcharge Antitrust Litigation,* MDL No. 1793.

4.   The parties have agreed that this stipulation does not constitute a waiver of any defenses, including, but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

WHEREFORE, the parties agree that the time in which Defendants must answer, move against, or otherwise respond to the complaint in this matter is extended up to and including August 7, 2006 or such later date as may be further stipulated to by the parties.

Respectfully submitted,

Dated:  July 18, 2006          GIRARD GIBBS LLP

                               /s/ Rosemary M. Rivas
                               Eric H. Gibbs (SBN 178658)
                               Elizabeth C. Pritzker (SBN 146267)
                               Rosemary M. Rivas (SBN 209147)
                               GIRARD GIBBS LLP
                               601 California Street, Suite 1400
                               San Francisco, CA  94108
                               T: (415) 981-4800
                               F: (415) 981-4846
                               *Attorneys for Plaintiff Trevor Hughes*

Dated:  July 18, 2006                    SULLIVAN & CROMWELL LLP

                                          /s/ Brendan P. Cullen
                                         Brendan P. Cullen (SBN 194057)
                                         SULLIVAN & CROMWELL LLP
                                         1870 Embarcadero Road
                                         Palo Alto, California  94303
                                         T:  (650) 461-5600
                                         F:  (650) 461-5700

                                         Daryl A. Libow
                                         SULLIVAN & CROMWELL LLP
                                         1701 Pennsylvania Avenue, NW
                                         Washington, DC  20006
                                         T:  (202) 956-7500
                                         F:  (202) 293-6330
                                         *Attorneys for Defendant British Airways PLC*

Dated:  July 18, 2006                    SIMPSON THACHER & BARTLETT LLP

                                          /s/ Harrison J. Frahn
                                         Charles E. Koob (SBN 047349)
                                         Harrison J. Frahn (SBN 206822)
                                         SIMPSON THACHER & BARTLETT LLP
                                         2550 Hanover Street
                                         Palo Alto, California 94304
                                         T:  (650) 251-5000
                                         F:  (650) 251-5002
                                         *Attorneys for Defendant Virgin Atlantic Airways Limited*

IT IS SO ORDERED

_____
Edward M. Ch
Dated:  8/1/06

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-