Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
T: (650) 461-5600
F: (650) 461-5700

*Attorneys for Defendant British Airways Plc*

Additional Counsel Appear on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR HUGHES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC and VIRGIN ATLANTIC AIRWAYS, LTD.<br><br>Defendants. | CASE NO. CV 06-4003-CRB<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1(a) TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Trevor Hughes ("Plaintiff") and Defendants British Airways Plc and Virgin Atlantic Airways Ltd. (collectively, the "Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph. The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

Dated: August 7, 2006

GIRARD GIBBS LLP

/s/ Eric H. Gibbs
Eric H. Gibbs (SBN 178658)
Elizabeth C. Pritzker (SBN 146267)
Rosemary M. Rivas (SBN 209147)
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
T: (415) 981-4800
F: (415) 981-4846

*Attorneys for Plaintiff Trevor Hughes*

Dated: August 7, 2006

SULLIVAN & CROMWELL LLP

Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
T: (650) 461-5600
F: (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
T: (202) 956-7500
F: (202) 293-6330

*Attorneys for Defendant British Airways Plc*

| | |
|---|---|
| Dated: August 7, 2006 | SIMPSON THACHER & BARTLETT LLP |
| | /s/ Harrison J. Frahn<br>Harrison J. Frahn (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304<br>T: (650) 251-5000<br>F: (650) 251-5002 |
| | Charles E. Koob (SBN 047349)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>T: (212) 455-2000<br>F: (212) 455-2502 |
| | *Attorneys for Defendant Virgin Atlantic Airways, Ltd.* |

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Date:   August 8, 2006

_____
Honorable Charles R. Breyer

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

-4-

STIPULATION PURSUANT TO LOCAL RULE 6-1(A)
CV 06-4003-CRB

## PROOF OF SERVICE

I hereby certify that true and correct copies of the foregoing Stipulation Pursuant to Local Rule 6-1(a) to Extend Time to Respond to Complaint were served by first-class mail, postage prepaid, on August 7, 2006 to the individuals listed below.

_____
Brendan P. Cullen

| | |
|---|---|
| Eric H. Gibbs (SBN 178658)<br>Elizabeth C. Pritzker (SBN 146267)<br>Rosemary M. Rivas (SBN 209147)<br>GIRARD GIBBS LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>T: (415) 981-4800<br>F: (415) 981-4846<br><br>*Attorneys for Plaintiff Trevor Hughes* | Harrison J. Frahn (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304<br>T: (650) 251-5000<br>F: (650) 251-5002<br><br>Charles E. Koob (SBN 047349)<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>T: (212) 455-2000<br>F: (212) 455-2502<br><br>*Attorneys for Defendant Virgin Atlantic Airways, Ltd.* |